PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
1:02CR00346-001

DOCKET NUMBER *(Rec. Court)*
06-20021-TP-Highsmith

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Michael De La Garza<br>1500 Bay Road<br>Apt. 1002<br>Miami Beach, Florida | NORTHERN DISTRICT OF<br>NEW YORK | Albany   35 |

NAME OF SENTENCING JUDGE

Norman A. Mordue

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>6/2/03 | TO<br>6/1/08 |
|---|---|---|

OFFENSE

Conspiracy to Possess and Distribute Cocaine, 21 U.S.C. § 841(a), (b)(1)(C) and 846

*FILED BY D.C.*
*MAR 2 3 2006*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*OF FLA. - MIAMI*

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

MAR - 2 2006

AT _____ O'CLOCK

Lawrence K. Baerman, Clerk - Syracuse

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 2, 2006

*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/13/2006

*Effective Date*

*United States District Judge*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

**MICHAEL ANTHONY DELAGARZA,**

Defendant.

**INFORMATION**

Case No. 02-CR-3~~34~~ *NAM*

VIO: 21 U.S.C. § 846
(Felony)

THE UNITED STATES ATTORNEY CHARGES THAT:

In and around March 2002, in the State and Northern District of New York, MICHAEL

DELAGARZA, the defendant herein, knowingly and intentionally combined, conspired,

confederated and agreed with others to possess with intent to distribute and to distribute a

quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

JOSEPH A. PAVONE
UNITED STATES ATTORNEY

By:

DAVID M. GRABLE
ASSISTANT U.S. ATTORNEY
N.D.N.Y. BAR ROLL # 105607

AO 245B NNY (Rev. 8/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| Northern | District of | New York |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| Michael Anthony DeLaGarza | Case Number: 1:02-CR-346-001 |

Stephen R. Coffey
54 State Street
Albany, New York  12207
Defendant's Attorney

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

JUN 1 2 2003

AT _____ O'CLOCK
Lawrence K. Baerman, Clerk  Syracuse

## THE DEFENDANT:

X   pleaded guilty to count(s)   1 of Information

☐   pleaded nolo contendere to count(s) _____
     which was accepted by the court.

☐   was found guilty on count(s) _____
     after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a), (b)(1)(C) and 846 | Conspiracy to Possess and Distribute Cocaine | 03/11/2002 | 1 |

     The defendant is sentenced as provided in pages 2 through _____5_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

☐   Count(s) _____ ☐ is ☐ are   dismissed on the motion of the United States.

     IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: December 17, 1970

Defendant's USM No.: 11332-052

Defendant's Residence Address:

248 Flat Rock Road

Lake George, New York  12845

Defendant's Mailing Address:
248 Flat Rock Road

Lake George, New York  12845

June 2, 2003
Date of Imposition of Judgment

*Norman A Mordue*
Signature of Judicial Officer

Hon. Norman A. Mordue-U.S. District Judge
Name and Title of Judicial Officer

*June 12, 2003*
Date

AO 245B    NNY (Rev. 8/01) Judgment in a Criminal Case
           Sheet 4—Probation

Judgment—Page __2__ of __5__

DEFENDANT:        Michael Anthony DeLaGarza
CASE NUMBER:      1:02-CR-346-001

# PROBATION

The defendant is hereby sentenced to probation for a term of    **five (5) years.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
     future substance abuse.

X    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14)    the defendant shall not possess a firearm or other dangerous weapon.

AO 245B     NNY (Rev. 8/01) Judgment in a Criminal Case
            Sheet 4C — Probation

Judgment—Page ___3___ of ___5___

DEFENDANT:        Michael Anthony DeLaGarza
CASE NUMBER:      1:02-CR-346-001

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall serve six (6) months in home detention, commencing on a date and under conditions to be set by the probation officer. If the defendant is placed in the electronic monitoring program, he shall pay all costs associated with the program according to his ability to pay as determined by the probation officer.

2) The defendant shall participate in a program for substance abuse which shall include testing for drug and/or alcohol use and may include inpatient and/or outpatient treatment. The program shall be approved by the United States Probation Office.

3) The defendant shall provide the probation officer with access to any requested financial information.

4) The defendant shall contribute to the cost of any evaluation and/or treatment services rendered in an amount to be determined by the probation officer based on his ability to pay and the availability of third party payments.

5) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

AO 245B    NNY (Rev. 8/01) Judgment in a Criminal Case
        Sheet 5 — Criminal Monetary Penalties

Judgment — Page ____4____ of ____5____

DEFENDANT:        Michael Anthony DeLaGarza
CASE NUMBER:    1:02-CR-346-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| **TOTALS** | $ 100 | $ 10,000 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | ***Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|-------------------|---------------------------|-----------------------------------|---------------------------------------------|
| **TOTALS** | $ _____ | $ _____ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    NNY (Rev. 8/01) Judgment in a Criminal Case
           Sheet 6 — Criminal Monetary Penalties

Judgment — Page ____5____ of ____5____

DEFENDANT:       Michael Anthony DeLaGarza
CASE NUMBER:     1:02-CR-346-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**    X    In full immediately; or

**B**    ☐    Lump sum payment of $ _____ due immediately, balance due

        ☐    not later than _____ , or
        ☐    in accordance with   ☐  C,    ☐  D,    ☐  E below; or

**C**    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment;

**D**    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**    ☐

**F**    ☐    Special instructions regarding the payment of criminal monetary penalties:

        **Any outstanding fine payments shall be paid at a minimum rate of $200 per month or 10% of the defendant's gross monthly income, whichever is greater.**

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the **Clerk, U.S. District Court, Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York 13501**, unless otherwise directed by the court, the probation officer, or the United States attorney. If a victim cannot be located, the restitution paid to the Clerk of the Court for that victim shall be sent to the Treasury, to be retrieved if and when the victim is located.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

# U.S. District Court
## Northern District of New York [LIVE - Version 2.5] (Albany)
## CRIMINAL DOCKET FOR CASE #: 1:02-cr-00346-NAM-ALL

Case title: USA v. Delagarza

Magistrate judge case number: 1:02-mj-00088 g

Date Filed: 09/10/2002

Assigned to: Judge Norman A. Mordue

**Defendant**

**Michael Anthony Delagarza** (1)
*TERMINATED: 06/12/2003*

represented by **Gary C. Hobbs**
Poklemba, Hobbs Law Firm
358 Broadway
Suite 307
Saratoga Springs, NY 12866
518-581-9797
Fax: 518-581-9590
Email: phu@phulawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Michael L. Koenig**
U.S. Dept. of Justice - Criminal
Division Fraud Section
1400 New York Avenue
3rd Floor
Washington, DC 20530
202-305-4805
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YO...
..., the undersigned Clerk of the Court, do hereby certify that t...
... a true, correct and full copy of the original document on fil...
... my custody.
... of pages (text) ___ ... ding (exhibits) ___
Dated ___ Lawrence K. Baerman, Cle...
... , Deputy Clerk

**Pending Counts**

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE (and 21:846) - In and
around 03/02 in NDNY, the deft
knowningly and intentionally
combined, conspired, confederated and
agreed with others to possess with
intent to distribute and to distribute a
quantity of a mixture and substance
containing a detectable amount of
cocaine, a Schedule II controlled
substance.
(1)

**Disposition**

Defendant is hereby sentenced to
probation for a term of 5 years;
Defendant shall serve 6 months in home
detention; $10,000 fine and $100
special assessment due immediately;
Any outstanding fine payments shall be
paid at a minimum rate of & #036;200
per month or 10% of the defendant's
gross monthly income, whichever is
greater

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **David M. Grable** |
| | | Office of United States Attorney - Albany |
| | | 445 Broadway |
| | | 218 James T. Foley U.S. Courthouse |
| | | Albany, NY 12207-2924 |
| | | 518-431-0247 |
| | | Fax: 518-431-0249 |
| | | Email: william.pericak@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2002 | 1 | SEALED CRIMINAL COMPLAINT with Affidavit of Brian D. Cernak (DEA) as to Sealed Defendant #1. [ 1:02-m -88 ] (fce) (Entered: 03/12/2002) |
| 03/12/2002 | 2 | SEALED DOCUMENT/Sealing Order as to Sealed Defendant #1. [ 1:02-m -88 ] (fce) (Entered: 03/12/2002) |
| 03/12/2002 | | ARREST of Sealed Defendant #1 [ 1:02-m -88 ] (fce) (Entered: 03/12/2002) |
| 03/12/2002 | | Initial appearance as to Sealed Defendant #1 held ; Detention Hearing set for 1:00 3/13/02 for Sealed Defendant #1 (Defendant informed of rights.) before Judge Treece [ 1:02-m -88 ] (fce) (Entered: 03/12/2002) |
| 03/12/2002 | | MOTION in open court by USA as to Sealed Defendant #1 for Detention [ 1:02-m -88 ] (fce) (Entered: 03/12/2002) |
| 03/12/2002 | | ORAL ORDER as to Sealed Defendant #1 granting [0-0] oral motion for Detention as to Sealed Defendant #1 (1) ( Entered by Magistrate Judge |

| | | Randolph F. Treece ) [ 1:02-m -88 ] (fce) (Entered: 03/12/2002) |
|---|---|---|
| 03/12/2002 | 3 | SEALED DOCUMENT/Criminal Minutes as to Sealed Defendant #1. [ 1:02-m -88 ] (fce) (Entered: 03/12/2002) |
| 03/13/2002 | 7 | SEALED DOCUMENT/Criminal Minutes as to Sealed Defendant #1 [ 1:02-m -88 ] (fce) (Entered: 03/18/2002) |
| 03/13/2002 | | Deadline updated as to Sealed Defendant #1, Detention Hearing for 1:00 on 3/15/02 for Sealed Defendant #1 in Albany, NY . [ 1:02-m -88 ] (fce) (Entered: 03/18/2002) |
| 03/15/2002 | 4 | SEALED DOCUMENT/Financial Affidavit as to Sealed Defendant #1. [ 1:02-m -88 ] (fce) (Entered: 03/18/2002) |
| 03/15/2002 | 5 | SEALED DOCUMENT/Criminal Minutes as to Sealed Defendant #1 [ 1:02-m -88 ] (fce) (Entered: 03/18/2002) |
| 03/15/2002 | 6 | SEALED DOCUMENT/Order Setting Cond. of Release as to Sealed Defendant #1. [ 1:02-m -88 ] (fce) (Entered: 03/18/2002) |
| 03/27/2002 | 8 | SEALED DOCUMENT/Appearance and Compliance Bond as to Sealed Defendant #1 [ 1:02-m -88 ] (fce) (Entered: 03/28/2002) |
| 03/27/2002 | 9 | SEALED DOCUMENT/Surety Bond as to Sealed Defendant #1. [ 1:02-m -88 ] (fce) (Entered: 03/28/2002) |
| 04/02/2002 | 10 | SEALED DOCUMENT/Stipulation & Order extending STA as to Sealed Defendant #1. [ 1:02-m -88 ] (fce) (Entered: 04/02/2002) |
| 05/07/2002 | 11 | SEALED DOCUMENT/Stip. & Order as to Sealed Defendant #1. [ 1:02-m -88 ] (fce) (Entered: 05/07/2002) |
| 06/14/2002 | 12 | STIPULATION/ORDER as to Sealed Defendant #1, to Continue in Interests of Justice ; Time Excluded from 6/14/02 to 7/19/02 , preliminary hearing waived ( Signed by Magistrate Judge Randolph F. Treece on 6/14/02 ) [ 1:02-m -88 ] (fce) (Entered: 06/14/2002) |
| 07/17/2002 | 13 | STIPULATION/ORDER as to Sealed Defendant #1, to Continue in Interests of Justice ; Time Excluded from 7/17/02 to 8/21/02 ( Signed by Magistrate Judge Randolph F. Treece on 7/17/02 ) [ 1:02-m -88 ] (fce) (Entered: 07/18/2002) |
| 08/23/2002 | 14 | SEALED DOCUMENT/Stipulation & Order as to Sealed Defendant #1. [ 1:02-m -88 ] (fce) (Entered: 08/23/2002) |
| 09/10/2002 | | Arraignment as to Michael Anthony Delagarza held before Judge Mordue (jt) (Entered: 09/17/2002) |
| 09/10/2002 | 16 | WAIVER OF INDICTMENT by Michael Anthony Delagarza (jt) (Entered: 09/17/2002) |
| 09/10/2002 | 17 | FELONY INFORMATION as to Michael Anthony Delagarza (1) count (s) 1 (jt) (Entered: 09/17/2002) |
| 09/10/2002 | 18 | Plea Agreement as to Michael Anthony Delagarza (jt) (Entered: |

| | | |
|---|---|---|
| | | 09/17/2002) |
| 09/10/2002 | 19 | Minute entry as to Michael Anthony Delagarza: Appr: David Grable for gov't, Stephen Coffey Esq. and Michael Koenig, Esq. for deft. Deft waives personal appearance and agrees to appear by Video-Conference from Albany, NY. Deft advised Court he wishes to enter plea. Deft signs Waiver Form, Information is filed. Deft is advised of his constitutional rights. Deft is sworn by clerk and questioned by the court. Deft states TRUE NAME is Michael Anthony Delagarza. Information read by clerk. Deft is arraigned and pleads GUILTY to count 1 of the Information. Gov't states a factual basis for the plea. Court accepts plea of Guilty to Count 1 of the Information. Maximum penalties stated for the record. Court orders PSI from Probation. Sentencing is scheduled for 01/10/03 at 10:00am in Syracuse, NY. Gov't has no objection to the continued release of deft. Judge Mordue order deft released on conditions as previously set; deft advised that on the date of sentencing, if imprisonment is ordered, deft will be remanded to the Marshal. Clerk: D. McAllister; Court Reporter/ECRO: J. Hibbard (8:45-9:15am) (jt) (Entered: 09/17/2002) |
| 09/10/2002 | | PLEA of Guilty: Michael Anthony Delagarza (1) count(s) 1 ; Court accepts plea. Remaining counts, if any, to be dismissed at sentencing. (jt) (Entered: 09/17/2002) |
| 09/10/2002 | 20 | Uniform Presentence Order as to Michael Anthony Delagarza ; Sentencing set for 10:00 1/10/03 for Michael Anthony Delagarza in Syracuse, NY ( Signed by Judge Norman A. Mordue ) (jt) (Entered: 09/17/2002) |
| 09/16/2002 | 15 | ORDER as Michael Anthony Delagarza vacating [2-1] Sealing Order and said docs. shall be unsealed. (Signed by Magistrate Judge Randolph F. Treece on 9/16/02 ) [ 1:02-m -88 ] (fce) (Entered: 09/16/2002) |
| 09/16/2002 | | Criminal Complaint unsealed as to Michael Anthony Delagarza. [ 1:02-m -88 ] (fce) (Entered: 09/16/2002) |
| 01/09/2003 | 21 | NOTICE of Hearing as to Michael Anthony Delagarza :, reset Sentencing for 3:00 2/25/03 for Michael Anthony Delagarza in Albany ; Signed by Deputy Clerk Daniel R. McAllister (drm) (Entered: 01/09/2003) |
| 02/14/2003 | 22 | LETTER/REQUEST AND ORDER as to Michael Anthony Delagarza; Letter addressed to the Court from David Grable, AUSA for USA; Counsel requests a 45 day adjournment of defendants sentencing; Counsel noted that Michael Koenig consents to this request; So Ordered ( Signed by Judge Norman A. Mordue on 2/14/03 ) (kcl) (Entered: 02/18/2003) |
| 02/14/2003 | 23 | LETTER/NOTICE dated 2/14/03 as to Michael Anthony Delagarza; Letter advising cousnel for parties that the court has reset Sentencing for 2:00 4/17/03 for Michael Anthony Delagarza in Syraucse; All sentencing memoranda must be filed by 4/3/03; Signed by Deputy Clerk Daniel McAllister (kcl) (Entered: 02/18/2003) |
| 04/07/2003 | 24 | LETTER REQUEST & ORDER: by David M. Grable, AUSA on behalf |

| | | |
|---|---|---|
| | | of the USA, as to Michael Anthony Delagarza, requesting an adjournment of the sentencing date by 30 days, request granted. (Signed by Judge Norman A. Mordue) (jmb) (Entered: 04/10/2003) |
| 04/07/2003 | 25 | SCHEDULING NOTICE: at the request of the government the following adjournment is made, reset Sentencing for 5/29/03 at 10:00 AM for Michael Anthony Delagarza in Albany. (Signed by Deputy Clerk Daniel R. McAllister) (jmb) (Entered: 04/10/2003) |
| 05/14/2003 | 26 | NOTICE of Hearing as to Michael Anthony Delagarza :, reset Sentencing for 11:30 6/2/03 for Michael Anthony Delagarza in Albany ; Signed by Deputy Clerk Daniel R. McAllister (drm) (Entered: 05/14/2003) |
| 05/19/2003 | 28 | OBJECTION by Andrew R. Safranko, Esq., for Michael Anthony Delagarza to Presentence Investigation Report (jel) (Entered: 05/20/2003) |
| 05/19/2003 | 29 | SENTENCING MEMORANDUM by Andrew R. Safranko, Esq., for Michael Anthony Delagarza (jel) (Entered: 05/20/2003) |
| 05/19/2003 | 30 | SENTENCING MEMORANDUM by David M. Grable, AUSA, for USA as to Michael Anthony Delagarza (jel) (Entered: 05/21/2003) |
| 05/20/2003 | 27 | SENTENCING MEMORANDUM by Andrew Safranko, Esq. for deft. Michael Anthony Delagarza (kcl) (Entered: 05/20/2003) |
| 05/28/2003 | 31 | SEALED DOCUMENT ( Letter/Sentencing Memorandum ) (kcl) (Entered: 05/29/2003) |
| 05/28/2003 | 32 | ORDER Sealing document [32-1] ( Signed by Judge Norman A. Mordue on 5/28/03 ) (kcl) (Entered: 05/29/2003) |
| 06/02/2003 | | Sentencing held Michael Anthony Delagarza (1) count(s) 1 (drm) (Entered: 06/02/2003) |
| 06/02/2003 | 33 | Minute entry of Sentencing as to Michael Anthony Delagarza : Judge inquires re: review of PSR and objections thereto; Attorneys are heard re: sentencing; Defendant addresses the court; The Court adopts the factual content of the PSR and sentences defendant on Ct 1 of the Info; 5 years probation, $10,000 fine, $100 special assessment; APP: D. Grable, AUSA for govt; S. Coffey, Esq. and A. Safranko, Esq. for deft; Court Reporter/ECRO: Bonnie Buckley; CRD: D. McAllister; 11:30 - 11:55 a.m. (drm) (Entered: 06/03/2003) |
| 06/12/2003 | 34 | JUDGMENT Michael Anthony Delagarza (1) count(s) 1. Defendant is hereby sentenced to probation for a term of 5 years; Defendant shall serve 6 months in home detention; $10,000 fine and $100 special assessment due immediately; Any outstanding fine payments shall be paid at a minimum rate of $200 per month or 10% of the defendant's gross monthly income, whichever is greater ( Signed by Judge Norman A. Mordue on 6/12/03 ) Date Served: 6/12/03 (drm) (Entered: 06/12/2003) |
| 08/06/2003 | | RECEIPT for Payment of Special Assessment in the amount of $100.00 and Fine in the amount of $100.00 paid by Michael Anthony Delagarza |

| | | |
|---|---|---|
| | | (see) (Entered: 08/06/2003) |
| 09/03/2003 | | RECEIPT for Payment of Fine paid by Michael Anthony Delagarza AMOUNT $ 200.00 Receipt # 71466 (see) (Entered: 09/03/2003) |
| 10/03/2003 | | RECEIPT for Payment of Fine paid by Michael Anthony Delagarza AMOUNT $ 200.00 Receipt # 72166 (see) (Entered: 10/03/2003) |
| 12/08/2003 | | RECEIPT for Payment of Fine paid by Michael Anthony Delagarza AMOUNT $ 200.00 Receipt # 73072 (see) (Entered: 12/08/2003) |
| 01/05/2004 | | Receipt for Payment as to Michael Anthony Delagarza, payment of Fine $ 200.00, receipt number 73237 (see, ) (Entered: 01/06/2004) |
| 02/17/2004 | | Receipt for Payment as to Michael Anthony Delagarza, payment of Fine $ 400.00, receipt number 74552 (see) (Entered: 02/17/2004) |
| 06/14/2004 | | Receipt for Payment as to Michael Anthony Delagarza, payment of Fine $ 800.00, receipt number 75785 (see) (Entered: 06/14/2004) |
| 07/15/2004 | | Receipt for Payment as to Michael Anthony Delagarza, payment of Fine $ 200.00, receipt number 76476 (alh) (Entered: 07/15/2004) |
| 08/12/2004 | | Receipt for Payment as to Michael Anthony Delagarza, payment of Fine $ 200.00, receipt number 76585 (alh) (Entered: 08/12/2004) |
| 03/02/2006 | 35 | Probation Jurisdiction Transferred to Southern District of Florida as to Michael Anthony Delagarza. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jmb) (Entered: 03/02/2006) |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500
Fax (315) 234-8501

March 2, 2006

Clerk of Court, Clarence Maddox
United States District Court
Southern District of Florida
301 North Miami Avenue
Miami, Florida 33128

RE:       USA v. Michael Anthony Delagarza
CASE #:   1:02-cr-346 (NAM) (NDNY)

Dear Clerk:

    Pursuant to the Transfer of Jurisdiction Order the above-entitled action is hereby transferred to the Southern District of Florida.  Enclosed herewith please find the original Transfer of Jurisdiction form, and certified copies of the Information, Judgment and Docket Sheet.

    Please acknowledge receipt of these certified copies of case documents by returning a date stamped copy of this letter in the enclosed self addressed envelope, please include your case number.  Thank you!

Respectfully,

LAWRENCE K. BAERMAN, CLERK

*Joanne Bleskoski*

Joanne Bleskoski, Deputy Clerk

Enclosures

cc:   David M. Grable, AUSA - USAO (NDNY) (w/limited enclosures)
      Timothy Keohane, USPO (NDNY) (w/limited enclosures)
      USAO (SDFL) (w/limited enclosures)
      USPO (SDFL) (w/limited enclosures)