IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,         CRIMINAL DIVISION

    Plaintiff,                          CASE NO.: 06-TP-20021-ALL

vs.                                    JUDGE SHELBY HIGHSMITH

MICHAEL DE LA GARZA,

    Defendant.
_____/

## (TEMPORARY) NOTICE OF APPEARANCE

COMES NOW attorney Mark T. Guariglia and hereby files this Notice of Appearance in the above-captioned case.

Please forward all future correspondence and pleadings to the undersigned.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered to the Office of the United States Attorney, 301 N. Miami Avenue, Miami, Florida 33301 on this **14th** day of April, 2006.

Respectfully submitted,

The Law Offices of
MARK T. GUARIGLIA, P.A.
Attorney for the Defendant
11900 Biscayne Blvd., Suite 600
Miami, Florida 33181
Telephone (305) 892-6100
Facsimile (305) 892-6200

BY: _____
MARK T. GUARIGLIA, ESQ.
Florida Bar No.: 285500

FILED by ___ D.C.
MAG. SEC.
APR 14 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI