UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            Case No. 06-20021-TP-HIGHSMITH

vs.

MICHAEL DE LA GARZA
_____/

JUDGMENT AND COMMITMENT UPON
REVOCATION OF PROBATION

FILED by _____ D.C.
NOV - 9 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

      On June 2, 2003 the defendant was sentenced in the Northern District of New York to a term of Probation for a period of Five (5) years. The defendant having been duly brought before this Court for hearing upon the petition of the Probation Officer for violation of her Probation, it is therefore

      **ORDERED AND ADJUDGED** that the term of Probation, heretofore imposed, be and the same is hereby **REVOKED**, and the Bond posted for this defendant shall be transferred and applied to the $4,0000 fine previously imposed in 02CR-346-001-Mordue, Northern District of New York. It is further

      **ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of Three (3) months as to said violations followed by a Supervised Release term of Two (2) years. While on Supervised Release the defendant shall not commit another Federal, State, or Local Crime. The defendant shall be prohibited from possessing a firearm or other dangerous devices, and he shall not possess a controlled substance. In Addition, the defendant shall comply with the standard

conditions of supervised release as recommended by the U.S. Sentencing Commission.

The Court **STRONGLY RECOMMENDS** to the Bureau of Prisons that this defendant participate in the Drug and Alcohol Program. It is again

**ORDERED** that the Defendant surrender to the United States Marshal Service on January 9, 2007 at 2:00 pm to commence service upon the sentence imposed, as designated by the Bureau of Prison.

DONE AND ORDERED at Miami, Florida, this 9th day of November, 2006.

_____
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc: AUSA, Marcus Christian
    Michael Walsh, Esq and Client
    USPO, Lynette Herrerea
    U. S. Marshal/BOP (2 Certified Copies)